**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kenneth R. PATTERSON, Defendant—Appellant.**

No. 08–6206.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 7, 2008.

Kenneth R. Patterson, Appellant Pro Se. Michael Ronald Gill, David T. Maguire, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth R. Patterson appeals the district court's order denying his motion to file a belated direct appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Patterson,* No. 3:05–cr–00048–JRS–1 (E.D.Va. Jan. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*